■ RONALD NUZZO et al., Appellants, v BOARD OF MANAGERS OF JEFFERSON VILLAGE CONDOMINIUM No. 1, Respondent. [644 NYS2d 546]

We agree with the Supreme Court that the business judgment rule applies to actions taken by the Board of Managers of Jefferson Village Condominium No. 1 *(see, Matter of Levandusky v One Fifth Ave. Apt. Corp.,* 75 NY2d 530). The regulation banning motorcycles from the condominium development is a matter within the Board's authority and the appellants have failed to prove any bad faith, fraud, self-dealing, or other misconduct on the part of the Board. Thus, judicial review of the reasonableness of the Board's actions is foreclosed *(see, Matter of Levandusky v One Fifth Ave. Apt. Corp., supra).*

The plaintiffs' remaining contention is without merit.

We note that since this is a declaratory judgment action, the Supreme Court should have directed the entry of a declaration in favor of the defendant *(see, Lanza v Wagner,* 11 NY2d 317, 334, *appeal dismissed* 371 US 74, *cert denied* 371 US 901). Miller, J. P., Ritter, Krausman and McGinity, JJ., concur.